19MAG 8066

ORIGINAL

Approved: _____
ANDREW K. CHAN / JUSTIN V. RODRIGUEZ
Assistant United States Attorneys

Before:  THE HONORABLE KATHARINE H. PARKER
         United States Magistrate Judge
         Southern District of New York

- - - - - - - - - - - - - - - - - - - x
                                      :
                                      :   **COMPLAINT**
UNITED STATES OF AMERICA              :
                                      :   Violation of
     - v. -                           :   21 U.S.C. §§ 812,
                                      :   841(a)(1), and
YEFREL BRITO,                         :   841(b)(1)(C)
                                      :
              Defendant.              :   COUNTY OF OFFENSE:
                                      :   BRONX
                                      :
- - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

       PATRICK NICHOLS, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

COUNT ONE

       1.  On or about August 26, 2019, in the Southern District of New York and elsewhere, YEFREL BRITO, the defendant, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

       2.  The controlled substance involved in the offense was mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(C).

   (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4.   I am a Detective with the NYPD. I have participated in the investigation of this matter, and I am familiar with the information contained in this affidavit based on my own personal participation in the investigation, and conversations that I have had with other law enforcement agents and individuals. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents, and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5.   Based on my conversations with a law enforcement officer ("Officer-1") with the NYPD and my review of law enforcement reports and body camera footage, I have learned the following, among other things:

a.   On or about August 26, 2019, Officer-1 and three other law enforcement officers (collectively, "the Officers") were on patrol in an unmarked vehicle in the vicinity of East 194th Street and Valentine Avenue in the Bronx, New York.

b.   At approximately 4:30 p.m., the Officers observed YEFREL BRITO, the defendant, walk across a crosswalk on Valentine Avenue while the pedestrian control signal was displaying a "Don't Walk" signal.

c.   The Officers then exited their vehicle and approached BRITO. The Officers observed that BRITO appeared to have a plastic twist and currency sticking out of BRITO's sneakers. The Officers asked BRITO whether he was in possession of any marijuana. BRITO responded that he was in possession of marijuana on his person and showed the Officers a small ziplock bag containing a green leafy substance matching the appearance of marijuana. The Officers then conducted a patdown of BRITO and recovered approximately 80 ziplock bags containing a white rock-like substance matching the appearance of crack cocaine from BRITO's right sneaker and approximately 90 ziplock bags containing a white rock-like substance matching the appearance

2



of crack cocaine from BRITO's left sneaker. BRITO was then placed under arrest.

　　　　WHEREFORE, deponent respectfully requests that YEFREL BRITO, the defendant, be imprisoned, or bailed, as the case may be.

_____
PATRICK NICHOLS
Detective
New York City Police Department


Sworn to before me this
27th day of August, 2019

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3